UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND ECONOMIC DEVELOPMENT CORPORATION, Plaintiff :

v. : C.A. No. 2008- CA 08 181

M/V AMITY ACE, Her Engines, Tackle, Apparel, Furniture, Equipment, Rigging, and all other Necessaries, *in rem*, Defendant :

# COMPLAINT

## JURISDICTION

1. This is an action *in rem* in admiralty to enforce a maritime lien, brought pursuant to the court's general admiralty jurisdiction, 28 U.S.C. § 1333 and pursuant to the Admiralty Jurisdiction Extension Act, 46 U.S.C. App. § 740.

2. Defendant vessel M/V *Amity Ace*





is a merchant vessel of Panamanian registry, IMO #8020202. Upon information and belief, *Amity Ace* is or soon will be calling at the Port of Davisville and is therefore to be found within this judicial district.

**CLAIM**

3. Plaintiff owns the Port of Davisville, Rhode Island, including Piers I & II at the Port.

4. At or about 5:30 am, on or about October 15, 2003, *Amity Ace*, while moored at Pier I, broke loose from her mooring and, out of control, struck both Pier II and Pier I, causing extensive damage to the piers and their associated pilings, fenders, and appurtences.

5. This accident resulted from negligence and poor seamanship on the part of the vessel, and her master and crew and/or from the use of unseaworthy mooring tackle.

6. In the premises, *Amity Ace* is liable to Plaintiff for the cost of repairing damage to the piers. That liability gives rise to a maritime lien on the vessel, in favor of Plaintiff, enforceable by an action *in rem*.

WHEREFORE, plaintiff demands that the court:

A. Issue a warrant for the arrest of M/V *Amity Ace* and cite all persons claiming any interest therein to appear and answer this complaint;

B. Enter judgment in favor of the plaintiff for the full amount of damage to plaintiff's property, with interest, costs, and expenses of suit,

including attorneys fees, and order ***M/V Amity Ace*** condemned and sold to pay the same; and

C. Grant plaintiff such other relief as justice may require.

By its Attorney,

Howard E. Walker (#1085)
P.O. Box 299
Hope Valley, Rhode Island 02832
Tel. (401) 539-6767
Fax. (401) 539-0066
E-mail: hewlaw@hughes.net

Dated: May 12, 2008

## VERIFICATION

Steven J. King, under pain and penalty of perjury, says:

1. I am Chief Operating Officer of Quonset Development Corporation, agent and attorney in fact for Plaintiff.

2. I have read the foregoing complaint and know its contents.

3. The allegations of the complaint are true to my own personal knowledge, except those matters alleged upon information and belief, and those I believe to be true.

Signed under pain and penalty of perjury on May 12, 2008.

Steven J. King