UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 08 181

RHODE ISLAND ECONOMIC DEVELOPMENT CORPORATION, Plaintiff

v. C.A. No. 2008-

M/V AMITY ACE, Her Engines, Tackle, Apparel, Furniture, Equipment, Rigging, and all other Necessaries, *in rem*, Defendant

**MOTION FOR ORDER UNDER RULE C DIRECTING THE ARREST OF VESSEL AND PUBLIC NOTICE OF ACTION**

Plaintiff moves for an order pursuant to Supplemental Admiralty Rule C authorizing and directing the clerk of the court to prepare and deliver to the United States Marshal for the District of Rhode Island a warrant for the arrest of the vessel M/V *Amity Ace*, her engines, tackle, apparel, furniture, equipment, rigging and all other necessaries thereunto appertaining, and further directing the United States Marshal to cause to be published in a newspaper of general circulation in the district a notice of the arrest of the M/V *Amity Ace*, specifying that all claimants of the M/V *Amity Ace* and all persons claiming same or knowing or having anything to say why same should not be condemned and sold pursuant to the prayer of the complaint must file claims with the clerk of court within ten days after the date of publication of the

notice, and that they shall serve answers within 20 days after the filing of their claims.

By its Attorney,

Howard E. Walker (#1085)
P.O. Box 299
Hope Valley, Rhode Island 02832
Tel. (401) 539-6767
Fax. (401) 539-0066
E-mail: hewlaw@direcway.com

Dated: May 12, 2008