UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND ECONOMIC DEVELOPMENT CORPORATION, Plaintiff | : | CA 08 181 |
| v. | : | C.A. No. 2008- |
| M/V AMITY ACE, Her Engines, Tackle, Apparel, Furniture, Equipment, Rigging, and all other Necessaries, *in rem*, Defendant | : | |

**ORDER DIRECTING THE ARREST OF VESSEL**

Upon consideration of the verified complaint and plaintiff's motion for an order directing the arrest of the defendant vessel and the publication of notice of such arrest, the conditions for an action *in rem* appearing to exist, it is hereby

**ORDERED**

1. That a warrant for the arrest of the *M/V Amity Ace*, her engines, tackle, apparel, furniture, equipment, rigging, and all other necessaries thereunto appertaining, shall issue and be delivered to the clerk, who shall prepare the warrant and deliver it to the Marshal for service.

2. That the Marshal as soon as practicable publish notice of the arrest of the *M/V Amity Ace* in the Providence Journal, specifying that all claimants and persons claiming or knowing or having anything to say why same should not be condemned and sold pursuant to the complaint must file their claims with the clerk of court within 10 days of publication and serve their answers within 20 days of the filing of their claim.

BY ORDER:

[signature]

ENTER:

[signature], J.
USMJ

Dated: May 13, 2008