CA 08 181

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the United States Marshal for the District of Rhode Island, or to his deputy:

**GREETINGS**:

**WHEREAS** a complaint was filed in the United States District Court for the District of Rhode Island on May 12, 2008 by RHODE ISLAND ECONOMIC DEVELOPMENT CORPORATION against *M/V Amity Ace*, her engines, tackle, etc. for the reasons and causes mentioned in that complaint and praying for process of warrant for arrest of that vessel and other property and that all person interested in the vessel and other property may be cited in general and special to answer the premise; and all proceedings being had, that the vessel and other property may be condemned and sold to pay the demands of the plaintiff.

**YOU ARE THEREFORE HEREBY COMMANDED** to attach the said vessel and other property and to detain the same in your custody until the further orders of the Court respecting the same and to give due notice to all persons claiming the same, or knowing or having anything to say why the same should not be condemned and sold pursuant to the prayer of plaintiff's complaint, that they must file their claims with the clerk of this Court within 10 days after the execution of this process or within such additional time as may be allowed by the Court, and must serve their answers within 20 days

after the filing of their claims and that you promptly after execution of this process file the same in this court with your return thereon.

**WITNESS** the Honorable

of said Court, at Providence, this 13th day of May, 2008.

Clerk