UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Rhode Island Economic Development Corporation
Plaintiff

v.

CA No. 08-181S

M/V Amity Ace, Her Engines, Tackle, Apparel, Furniture, Equipment, Rigging, and all other Necessaries, in rem
Defendant

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

DATE: 5/19/08