UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND ECONOMIC DEVELOPMENT CORPORATION,

Plaintiff,

v.

M/V AMITY ACE, her Engines, Tackle, Apparel, Furniture, Equipment, Rigging, and all other Necessaries, *in rem*,

Defendant.

CIVIL ACTION
NO. CA-08-181

**STIPULATION REGARDING TIME FOR DEFENDANT**
**TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

By agreement of the parties, defendant, M/V AMITY ACE, accepted service of the Summons and Complaint in this matter on May 14, 2008, and an answer or response is otherwise due no later than June 3, 2008. Pursuant to Local Rule Cv 29, to allow M/V AMITY ACE to conduct an investigation into the allegations of the Complaint, the parties stipulate that the time for M/V AMITY ACE to answer or otherwise respond to the Complaint in this matter is extended thirty days, until July 3, 2008.

Respectfully submitted,

**M/V AMITY ACE,**

By its attorney,

*/s/ Carol E. Head*
Carol E. Head (#6501)
carol.head@bingham.com
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 02110-1726
Tel. (617) 951-8000
Fax (617) 951-8736

*Of Counsel:*
Robert E. McDonnell
robert.mcdonnell@bingham.com
Brandon L. Bigelow
brandon.bigelow@bingham.com
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 02110-1726
Tel. (617) 951-8000
Fax (617) 951-8736

Assented to by:

**RHODE ISLAND ECONOMIC DEVELOPMENT CORPORATION,**

By its attorney,

*/s/ Howard E. Walker*
Howard E. Walker (#1085)
hewlaw@hughes.net
P.O. Box 299
Hope Valley, RI 02832
Tel. (401) 539-6767
Fax (401) 539-0066

Dated: June 2, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) has been filed electronically and is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on June 2, 2008.

*/s/ Carol E. Head*
carol.head@bingham.com