UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND ECONOMIC DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>M/V AMITY ACE, her Engines, Tackle, Apparel, Furniture, Equipment, Rigging, and all other Necessaries, *in rem*,<br><br>Defendant. | CIVIL ACTION<br>NO. 08-181 |

**NOTICE OF APPEARANCE**

please notice the appearance of Carol E. Head and Bingham McCutchen LLP as attorneys for the defendant in the above-captioned matter.

Respectfully submitted,

**M/V AMITY ACE,**

By its attorney,

*/s/ Carol E. Head*

Carol E. Head (#6501)
carol.head@bingham.com
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 02110-1726
Tel. (617) 951-8000
Fax (617) 951-8736

Dated: June 2, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) has been filed electronically and is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on June 2, 2008.

*/s/ Carol E. Head*
carol.head@bingham.com