(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Rhode Island Economic Development Corp.
Plaintiff(s)

v. Dkt. No. 08-181

M/V AMITY ACE
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendant M/V AMITY ACE hereby moves that Brandon L. Bigelow be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Carol E. Head
Print Name

RI Bar ID # 6501

Bingham McCutchen LLP
Firm and Business Address

One Federal Street

Boston, MA 02110

Email: carol.head@bingham.com

Tel. # 617.951.8049

Fax # 617.951.8736

---

## ORDER

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date