UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND ECONOMIC DEVELOPMENT CORPORATION,

Plaintiff,

v.

M/V AMITY ACE, her Engines, Tackle, Apparel, Furniture, Equipment, Rigging, and all other Necessaries, *in rem*,

Defendant.

CIVIL ACTION
NO. CA-08-181

**ANSWER**

Defendant, M/V AMITY ACE ("AMITY ACE"), hereby answers the Complaint filed by plaintiff, Rhode Island Economic Development Corp. ("Plaintiff") as follows:

1. Admitted.

2. AMITY ACE admits that it is a merchant vessel of Panamanian registry, IMO #8020202, and that at or about the time of the filing of the Complaint, AMITY ACE was or soon would be calling at the Port of Davisville.

3. AMITY ACE lacks sufficient information to admit or deny this allegation, and therefore denies same.

4. AMITY ACE lacks sufficient information to admit or deny this allegation, and therefore denies same.

5. AMITY ACE lacks sufficient information to admit or deny this allegation, and therefore denies same.

6. AMITY ACE lacks sufficient information to admit or deny this allegation, and therefore denies same.

## AFFIRMATIVE DEFENSES

**First Defense**

The Complaint was not filed until May 2008, more than four years after the date of the events in October 2003 upon which the plaintiff relies as entitling it to recover, and therefore the Complaint should be barred by laches and dismissed.

**Second Defense**

Plaintiff's claim is barred by the doctrines of waiver and estoppel.

**Third Defense**

Plaintiff's claim is barred by the doctrine of unclean hands.

**Fourth Defense**

Any harm suffered by plaintiff was caused by an Act of God, and could not be avoided by any action of AMITY ACE.

**Fifth Defense**

Any harm suffered by plaintiff resulted from its own acts or omissions or those of third parties for whom AMITY ACE is not responsible.

**Sixth Defense**

Plaintiff suffered no damage caused by AMITY ACE, or any damage allegedly caused by AMITY ACE was repaired at no cost to plaintiff.

**WHEREFORE**, AMITY ACE respectfully requests that this Court:

a. enter judgment in its favor on plaintiff's claims;

b. award costs and expenses to it to the extent allowed by law; and

c. enter such further relief as the Court deems just and proper.

Respectfully submitted,

**M/V AMITY ACE,**

By its attorney,

*/s/ Carol E. Head*
Carol E. Head (#6501)
carol.head@bingham.com
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 02110-1726
Tel. (617) 951-8000
Fax (617) 951-8736

Robert E. McDonnell, *admitted pro hac vice*
robert.mcdonnell@bingham.com
Brandon L. Bigelow, *admitted pro hac vice*
brandon.bigelow@bingham.com
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 02110-1726
Tel. (617) 951-8000
Fax (617) 951-8736

Dated: July 2, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) has been filed electronically and is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on July 2, 2008.

*/s/ Carol E. Head*
carol.head@bingham.com



A/72584128.1