UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND ECONOMIC DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>M/V AMITY ACE, her Engines, Tackle, Apparel, Furniture, Equipment, Rigging, and all other Necessaries, *in rem*,<br><br>Defendant. | CIVIL ACTION<br>NO. CA-08-181 |

**JOINT REPORT CONCERNING RULE 26(F) CONFERENCE**

Counsel for plaintiff, Rhode Island Economic Development Corp. ("RIEDC"), and defendant, M/V AMITY ACE, conferred pursuant to Fed. R. Civ. P. 26(f) and LR Cv 26 on June 10, 2008 to prepare a discovery plan in the above-captioned matter. Subject to approval by the Court, counsel have agreed to the following schedule:

| | |
|---|---|
| **Exchange Initial Disclosures** | July 24, 2008 |
| **Discovery Completed** | January 23, 2009 |
| **Summary Judgment Motions Filed** | February 27, 2009 |

Respectfully submitted,

**RHODE ISLAND ECONOMIC DEVELOPMENT CORPORATION,**

By its attorney,

*/s/ Howard E. Walker*
Howard E. Walker (#1085)
hewlaw@hughes.net
P.O. Box 299
Hope Valley, RI 02832
Tel. (401) 539-6767
Fax (401) 539-0066

Respectfully submitted,

**M/V AMITY ACE,**

By its attorney,

*/s/ Carol E. Head*
Carol E. Head (#6501)
carol.head@bingham.com
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 02110-1726
Tel. (617) 951-8000
Fax (617) 951-8736

Robert E. McDonnell
robert.mcdonnell@bingham.com
Brandon L. Bigelow
brandon.bigelow@bingham.com
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 02110-1726
Tel. (617) 951-8000
Fax (617) 951-8736

Dated: July 11, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) has been filed electronically and is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on July 11, 2008.

*/s/ Carol E. Head*
carol.head@bingham.com