UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND ECONOMIC DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>M/V AMITY ACE, her Engines, Tackle, Apparel, Furniture, Equipment, Rigging, and all other Necessaries, *in rem*,<br><br>Defendant. | CIVIL ACTION NO. CA-08-181 |

**DEFENDANT'S ASSENTED-TO MOTION**
**<u>TO CONTINUE RULE 16 CONFERENCE</u>**

Defendant, M/V AMITY ACE, with the assent of plaintiff, Rhode Island Economic Development Corp. ("RIEDC"), respectfully moves to continue to Rule 16 Conference scheduled to be held before Magistrate Judge David L. Martin at 9:30 a.m. on Friday, September 5, 2008, until a later date convenient for the Court. As grounds for this motion, AMITY ACE states as follows:

1. On Monday, August 25, 2008, the Court entered an order for the parties to appear in the chambers of Magistrate Judge David L. Martin for a Rule 16 Conference, to be held on Friday, September 5, 2008 at 9:30 a.m.

2. Counsel for AMITY ACE has a long-standing vacation day planned for Friday, September 5, 2008, and respectfully move that the Rule 16 Conference be continued until another date convenient to the Court.

3. Counsel for the parties have conferred, and RIEDC assents to the motion for a continuance by AMITY ACE. Counsel have identified September 12, 18, 19, 22, or 23, 2008 as dates that all counsel are available to attend a re-scheduled Rule 16 Conference, should any of those dates be convenient to the Court.

4. The parties have filed a Rule 26(f) Report and Discovery Plan, and will confer concerning potential settlement and alternative dispute resolution prior to the Rule 16 Conference, as directed by the Court.

Respectfully submitted,

**M/V AMITY ACE,**

By its attorney,

*/s/ Carol E. Head*

Carol E. Head (#6501)
carol.head@bingham.com
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 02110-1726
Tel. (617) 951-8000
Fax (617) 951-8736

Robert E. McDonnell
robert.mcdonnell@bingham.com
Brandon L. Bigelow
brandon.bigelow@bingham.com
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 02110-1726
Tel. (617) 951-8000
Fax (617) 951-8736

Assented to by,

**RHODE ISLAND ECONOMIC DEVELOPMENT CORPORATION,**

By its attorney,

*/s/ Howard E. Walker*

Howard E. Walker (#1085)
hewlaw@hughes.net
P.O. Box 299
Hope Valley, RI 02832
Tel. (401) 539-6767
Fax (401) 539-0066

Dated: August 28, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) has been filed electronically and is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on August 28, 2008.

*/s/ Carol E. Head*
carol.head@bingham.com